GILES v. TRI-STATE ERECTORS

No. 106 PC.

Case below: 23 N.C. App. 148.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

HARGETT v. AIR SERVICE and LEWIS v. AIR SERVICE

No. 163 PC.

Case below: 23 N.C. App. 636.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

HUDSON v. INSURANCE CO.

No. 145 PC.

Case below: 23 N.C. App. 501.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

IN RE APPEAL OF AMP, INC.

No. 167 PC.

Case below: 23 N.C. App. 562.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

IN RE CUSTODY OF COX

No. 183 PC.

Case below: 24 N.C. App. 99.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.